# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0722
LT Case No. 10-2024-CF-779-A

_____

MARCUS FRANCIS NEWMAN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Clay County.
James E. Kallaher, Judge.

Matthew J. Metz, Public Defender, and Susan A. Fagan,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Anne C. Conley,
Assistant Attorney General, Tallahassee, for Appellee.


March 12, 2026


PER CURIAM.

    AFFIRMED.


MAKAR, LAMBERT, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____